F I L E D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

SEP 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THREE RIVERS ALUMINUM COMPANY,
d/b/a TRACO,

                                    Plaintiff,          Case No.    08 C 50 1 97

            v.                                          Judge

TRI-STATE REMODELING, LTD., STATELINE               Kapala
SUNROOMS, INC., and INTERSTATE SUNROOM      Magistrate
BUILDERS, INC.,                                        Mahoney

                                    Defendants.         Jury Demanded

## COMPLAINT

          Plaintiff, Three Rivers Aluminum Company d/b/a TRACO ("TRACO "), by and

through its attorneys, Norton, Mancini, & Weiler, files the following Complaint, stating in support

thereof the following:

### PARTIES

          1.      TRACO is a corporation organized and existing under the laws of the state of

Pennsylvania, with a principal place of business located at 71 Progress Avenue, Cranberry

Township, Pennsylvania 16066.  TRACO is a citizen of Pennsylvania.

          2.      Tri-State Remodeling, LTD. ("Tri-State") is a corporation organized and existing

under the laws of the state of Illinois, with a principal place of business located at 1643 N. Alpine

Road, Rockford, Illinois, 61107.  Tri-State is a citizen of Illinois.

          3.      Stateline Sunrooms, Inc. ("Stateline") is a corporation organized and existing under

the laws of the state of Illinois, with a principal place of business located at 3600 E. State 326,

Rockford, Illinois, 61108.  Stateline is a citizen of Illinois.

4.      Interstate Sunroom Builders, Inc. ("Interstate") is a corporation organized and existing under the laws of the state of Illinois, with a principal place of business located at 6850 N. Alpine Road, Loves Park, Illinois 61111. Interstate is a citizen of Illinois.

## JURISDICTION AND VENUE

5.      As a result of the complete diversity of citizenship of the parties to this action, and the satisfaction of the amount in controversy threshold, this Court has original subject matter jurisdiction over this action under 28 U.S.C. §1332(a).

6.      Venue is proper in this Court under 28 U.S.C. §1391(a)(2) because a substantial part of the events or omissions giving rise to the claims occurred in Winnebago County, Illinois.

## FACTUAL BACKGROUND

7.      On or about January 8, 2007, Tri-State submitted a credit application to TRACO to purchase TRACO products to use in the construction of sunrooms.

8.      In approximately February 2007, TRACO extended Tri-State a line of credit to purchase its products.

9.      Tri-State agreed to abide by TRACO's terms and conditions regarding all purchases of TRACO products.  See executed Terms and Discounts, attached hereto as Exhibit A.

10.     Tri-State has not paid TRACO the balance owed on its line of credit since approximately August 2007.

11.     Tri-State owes TRACO a total of $98,228.95.  See Accounts Receivable Analysis, attached hereto as Exhibit B.

12.     On information and belief, Kim Fahlbeck took control of Tri-State from Larry Bud Ballard in approximately January 2008.

13.     On information and belief, Kim Fahlbeck changed Tri-State's name to Stateline and/or Interstate.

2

14.    On information and belief, Tri-State, Interstate, and/or Stateline are alter egos of each other.

15.    On information and belief, Tri-State and Stateline and/or Interstate are the same company operating under different names.

16.    In the alternative, on information and belief, Tri-State merged into Stateline and/or Interstate.

17.    On information and belief, the formation of Stateline and/or Interstate was done for the fraudulent purpose of escaping Tri-State's debts and liabilities.

18.    On information and belief, Stateline and/or Interstate operates as a mere continuation of its legal predecessor Tri-State.

### COUNT I – Breach of Contract
Against all Defendants

19.    TRACO incorporates and realleges Paragraphs 1- 17 as though set forth in full.

20.    Tri-State purchased TRACO products from TRACO.

21.    Tri-State agreed to abide by TRACO's terms and conditions regarding all purchases of TRACO products.  See Exhibit A.

22.    Tri-State incurred a credit debt in the amount of $98,228.95 for purchases of TRACO products.

23.    Tri-State breached its contractual obligation to TRACO by failing to pay TRACO the total amount of $98,228.95.  See Exhibit B.

24.    As a result of Tri-State's breach of contract, TRACO has suffered damages in the amount of $98,228.95.

WHEREFORE, TRACO requests judgment in its favor and against Tri-State Remodeling, LTD., Stateline Sunrooms, Inc., and/or Interstate Sunroom Builders, Inc. in the amount of

3

$98,228.95, as well as for consequential and incidental damages, along with interest and any further relief the Court may deem appropriate.

## COUNT II – Successor Liability
Against Stateline Sunrooms, Inc. and Interstate Sunroom Builders, Inc.

25.    TRACO incorporates and realleges Paragraphs 1- 23 as though set forth in full.

26.    On information and belief, Tri-State merged into Stateline and/or Interstate.

27.    On information and belief, the formation of Stateline and/or Interstate was done for the fraudulent purpose of escaping Tri-State's debts and liabilities.

28.    On information and belief, Stateline and/or Interstate operates as a mere continuation of its legal predecessor Tri-State.  Therefore, Stateline and/or Interstate is liable for all breaches of the contract between Tri-State and TRACO, as legal successor to Tri-State.

WHEREFORE, TRACO respectfully requests that this Court find Stateline Sunrooms, Inc., and/or Interstate Sunroom Builders, Inc. as legal successor to Tri-State Remodeling, Inc., liable to TRACO for the amount of $98,228.95, as well as for consequential and incidental damages, along with interest and any further relief the Court may deem appropriate.

Respectfully submitted,

/s/ Thomas R. Weiler
Thomas R. Weiler
NORTON, MANCINI, AND WEILER
111 W. Washington St., Suite 835
Chicago, IL 60602
(312) 807-4999, (312) 807-4998 (Fax)

and

Thomas J. Madigan
Jessica Beckett-McWalter
PEPPER HAMILTON, LLP
50th Floor
500 Grant Street
Pittsburgh, PA 15219-2502
(412) 454-5895, (412) 281-0717 (Fax)

4

# Exhibit A

## Chapter 3 Terms & Discounts



The undersigned acknowledges that TRACO's credit terms are 1 % 10 days, net 30 days from date of invoice, and that appropriate state sales tax will be charged unless the undersigned submits a proper and completed tax exemption form.

The undersigned agrees that all purchases shall be in accordance with and subject to TRACO's terms and conditions of sale as may be set forth in TRACO's sales orders, invoices, statements, and other documents from time to time, the terms of which are incorporated herein by reference as if fully set forth herein, and to pay all invoices in accordance with such terms and , further, to pay finance charges equal to the lesser of (i) 1 ½% per month (annual percentage rate of 18%), or such other rate as may be set by you from time to time, and (ii) the highest rate allowed by law, on all balances remaining unpaid thirty (30) days from the statement date.

In the event that TRACO places this account for collection, the undersigned shall be responsible for all costs of collection including, but not limited to, reasonable attorney's fees.

The undersigned authorizes TRACO, in connection with the establishment and maintenance of the credit worthiness and capacity of the undersigned, and to obtain credit information from third parties necessary for a determination thereof. The undersigned certifies that the statements on this application form and on any additional page or pages accompanying this form are true and correct, and that no material information ( favorable or unfavorable) has been omitted. The undersigned has read the above and agrees to abide by the terms and conditions stated and those incorporated herein by reference should credit be extended to the undersigned. This application; shall remain the property of TRACO.

Tri-State Remodeling .
**COMPANY NAME**

By _____ Pres.
**SIGNATURE & TITLE**

### ABSOLUTE GUARENTEE OF PAYMENT

For value received, and intending to be legally bound, the undersigned hereby (i) irrevocably, absolutely and unconditionally guarantees, and becomes surety to TRACO and its successors and assigns for, the prompt payment by __
_____ ("the Debtor"), as and when due and payable, of all amounts now or hereafter owning by the Debtor as a result of materials and suppliers sold to the Debtor by TRACO, whether for principal, interest, fees, expenses, or otherwise (the "Obligations"), and (ii) agrees to pay any and all reasonable expenses (including fees and expenses of counsel) incurred by TRACO in enforcing its rights under Guaranty. If the Debtor fails to make any payment in respect to Obligations as and when the same is due and payable, the undersigned hereby agrees that, promptly upon demand by TRACO, he will pay in full such portion of the Obligations as are then due and payable. This Guaranty shall be an agreement of suretyship as well as of guaranty and TRACO may proceed directly against the undersigned whenever any payment required is not made to TRACO, or whenever any such payment is rescinded or must otherwise be returned for any reason, without being required to proceed first, or exhaust it' s resources, against the Debtor or any other person or against any security for the Obligations.

The undersigned acknowledges that this Guaranty shall be binding on the undersigned, his heirs, personal representatives and assigns, and shall continue in full force and effect notwithstanding his death or release by agreement or by operation of law.

This Guaranty is a continuing guaranty and shall remain in full force and effect until satisfaction in full of the Obligations. The undersigned may terminate his obligations hereunder by delivering written notice thereof to TRACO by certified mail, return receipt requested. Any such notice shall be effective only with respect to obligations of the Debtor arising after receipt by TRACO of such notice.

Until such time as all of the Obligations and all expenses to be paid by the undersigned pursuant hereto have been paid in full, the undersigned hereby subordinate, both in right and time of payment, all present and future indebtedness of the Debtor to the undersigned to the Obligations,

The undersigned authorizes TRACO, in connection with the establishment and maintenance of the credit applied for, to investigate his credit worthiness and capacity and to obtain credit information from all parties necessary for a determination thereof.

The undersigned hereby irrevocably submits to the jurisdiction of the Court of Common Pleas of Butler County, Pennsylvania and to the jurisdiction of the United States District Court of Western district of Pennsylvania for the purposes of any action or proceeding arising out of or relating to this Guaranty.

_____
**SIGNATURE**

_____
**WITNESS**

_____
**DATE**

# Exhibit B

# T R A C O   A THREE RIVERS ALUMINUM COMPANY
## ACCOUNTS RECEIVABLE ANALYSIS AS OF : 11/30/2007
### RESIDENTIAL ACCOUNTS

**ANKENY**    IA    50021    82   SUNROOMS

| ORDER | INV DATE | | TOTAL | CURRENT | 31-60 | 61-90 | 91-120 | 121-150 | 151-OVER |
|---|---|---|---|---|---|---|---|---|---|
| R 992154 | 11/29/07 | CHIA | $128.00 | $128.00 | | | | | |

599755

Summary for SUNROOM ESCAPES.   $1,176.33   $1,176.33

**ROCKFORD**    IL    611071464    82   SUNROOMS

| ORDER | INV DATE | | TOTAL | CURRENT | 31-60 | 61-90 | 91-120 | 121-150 | 151-OVER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 815-987-5577 | | | |
| R 977239 | 09/11/07 | SPASOS | | | | | | | |
| R 977241 | 09/11/07 | EASTON | | | | | $9,455.93 | | |
| R 977300 | 09/11/07 | (BAL) FINCH | | | | | $14,944.37 | | |
| R 977550 | 09/11/07 | SWYER | | | | | $80.43 | | |
| R 977801 | 09/18/07 | KLOSTER | | | | | $209.78 | | |
| R 978141 | 09/27/07 | CARLSON 2 | | | | | $139.42 | | |
| R 978248 | 09/27/07 | DWYER2 | | | | | $18,523.55 | | |
| R 978470 | 10/02/07 | OLSEN | | | | $533.30 | $9,146.48 | | |
| R 978940 | 10/02/07 | PANEL | | | | $578.07 | | | |
| R 979068 | 10/10/07 | GOURLEY | | | | $18,003.81 | | | |
| R 979135 | 10/10/07 | PETTY | | | | $10,008.88 | | | |
| R 980020 | 10/23/07 | BIRD | | | | $12,588.76 | | | |
| R 980021 | 10/23/07 | HOWARD | | | | $3,814.37 | | | |
| R 981008 | 11/20/07 | 796263 | | | | | | | |

Summary for TRI-STATE.BIZ   $98,228.95    $91.80   $91.80    $45,627.19    $52,509.96

*(handwritten annotations: C.C., Bud (Kim), Bud (Vcerg?), Kim)*