# United States District Court for the Northern District of Illinois

Case Number: 08 50197              Assigned/Issued By: PM

## FEE INFORMATION

**Amount Due:** [X] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00            0752 0000000000 3083206
                               Receipt #: _____
Date Paid: 9/5/08              Fiscal Clerk: PM

## ISSUANCES

**Type Of Issuance:**
[X] Summons           [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets
[ ] Writ _____
(Type of Writ)

3 Original and 0 copies on 9/5/08 as to Defendants
                        (Date)

FILED
SEP 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

C:\wpwin80\docket\feeinfo.frm   01/01